UNITED STATES DISTRICT COURT
                       DISTRICT OF MINNESOTA


Linda Hoekman, Mary Dee Buros, and Paul
Hanson, on behalf of themselves and others
similarly situated,

        Plantiffs,

        v.                                       Civil No. 18-01686 (SRN/ECW)

Education Minnesota, Anoka Hennepin
Education Minnesota, National Education
Association, American Federation of Teachers,
and Shakopee Education Association,

        Defendants.
_____

Thomas P. Piekarski and Jayme Prokes, on behalf
of themselves and others similarly situated,

        Plaintiffs,

        v.                                       Civil No. 18-02384 (SRN/ECW)

American Federation of State, County, and
Municipal Employees, Council No. 5, et al.

        Defendants.
_____

Eric Brown, et al.,

        Plaintiffs,

        v.                                       Civil No. 20-01127 (SRN/ECW)

American Federation of State, County, and
Municipal Employees, Council No. 5, AFL-CIO.

        Defendants.

_____

Mark Fellows, Alicia Bonner, and
Catherine Wyatt,

      Plaintiffs,

v.                                                    Civil No. 20-01128 (SRN/KMM)

Minnesota Association of
Professional Employees,

      Defendant.

_____

## ORDER OF DIRECTION TO THE CLERK OF COURT
## FOR REASSIGNMENT OF RELATED CASE

Civil case nos. 18-1686, 18-2384, and 20-1127 having been assigned to Judge Susan Richard Nelson and Magistrate Judge Elizabeth Cowan Wright, and case no. 20-1128 having been later assigned to Judge Susan Richard Nelson and Magistrate Judge Kate M. Menendez, and said matters being related cases,

**IT IS HEREBY ORDERED** that case no. 20-01128 be assigned to Magistrate Judge Elizabeth Cowan Wright, nunc pro tunc, by use of a card from the appropriate deck in the automated case assignment system.  The Clerk of Court is directed to reuse a card from the same deck from which the original assignment was made pursuant to the Court's Assignment of Cases order dated January 10, 2020.

**IT IS FINALLY ORDERED** that a copy of this order shall be filed in each of the above-respective files.

Dated: June 26, 2020                    s/Susan Richard Nelson
                                        Susan Richard Nelson
                                        United States District Judge