## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| Eric Brown, Jody Tuchtenhagen, and Debbie Schultz,<br><br>          Plaintiffs,<br><br>v.<br><br>American Federation of State, County, and Municipal Employees, Council No. 5,<br><br>          Defendant. | Case No. 0:20-cv-1127-SRN-ECW |
| Mark Fellows, Alicia Bonner, and Catherine Wyatt,<br><br>          Plaintiffs,<br><br>v.<br><br>Minnesota Association of Professional Employees,<br><br>          Defendant. | Case No. 0:20-cv-1128-SRN-ECW |

      This case is before the Court on the Joint Motion to Extend Deadline to Respond to the Complaint, Enter Stipulated Briefing Schedule, and Stay Discovery and Class Certification Motions (Dkt. 16 in Case No. 20-cv-1127 and Dkt. 14 in Case No.20-cv-1128). Having considered Joint Motions, and for good cause shown, **IT IS ORDERED** that:

      1.     The time for Defendants to answer or otherwise respond to the Complaint is extended to **September 4, 2020**.

1

2. Defendants will file their respective Motions to Dismiss the Complaint no later than **September 4, 2020**.

3. Plaintiffs will file their respective Responses to Defendants' Motions to Dismiss no later than **October 9, 2020**.

4. Defendants will file their respective Reply Briefs in support of their Motions to Dismiss no later than **October 23, 2020**.

5. The hearing on both Motions to Dismiss will be on **November 10, 2020, at 2 p.m.**

6. Discovery and the filing of class certification motions is stayed pending resolution of the Motions to Dismiss. The Parties will meet and confer and submit a proposed schedule to the Court addressing the filing of class certification motions, class discovery, merits discovery, and additional motions practice as to any claims that remain after resolution of the Motions to Dismiss within 30 days of the Court's ruling.

Dated: July 23, 2020                *s/Elizabeth Cowan Wright*
                                    ELIZABETH COWAN WRIGHT
                                    United States Magistrate Judge