# UNITED STATES DISTRICT COURT

## District of Minnesota

**JUDGMENT IN A CIVIL CASE**

Mark Fellows, Alicia Bonner, and Catherine Wyatt, on behalf of themselves and others similarly situated

Plaintiff(s),

v.

Case Number: 20-cv-1128 SRN/ECW

Minnesota Association of Professional Employees

Defendant(s).

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:
Defendant's Motion to Dismiss [20-cv-01128, Doc. No. 21] is **GRANTED**.

Date: 2/12/2021

KATE M. FOGARTY, CLERK